IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON YVETTE BAKER                                    PLAINTIFF

v.                      No. 3:18-cv-88-DPM

CRAIGHEAD COUNTY DETENTION
CENTER; and DOES, Officers,
Craighead County Detention Center              DEFENDANTS

ORDER

Baker hasn't responded; her mail is being returned undelivered. № 5. Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Baker's complaint will be dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 July 2018