IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHANNON YVETTE BAKER                              PLAINTIFF

v.                    No. 3:18-cv-88-DPM

CRAIGHEAD COUNTY DETENTION
CENTER; and DOES, Officers,
Craighead County Detention Center                DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 July 2018